UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JAMES LIBERATORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 94-1422 (RWR) |
| ) | |
| CVS NEW YORK, INC., ) | |
| ) | |
| Defendant. ) | |

### FINAL JUDGMENT

Plaintiff James Liberatore has accepted remittitur in this case. Accordingly, it is hereby

ORDERED that judgment in favor of James Liberatore is entered against CVS New York, Inc., in the amount of $212,426.00 for lost income plus $200,000.00 for emotional damages. Taxable costs are assessed against defendant.

This is a final appealable order.

SIGNED this 14th day of September, 2001.

_____
RICHARD W. ROBERTS
United States District Judge